

**IN THE COURT OF CRIMINAL APPEALS
OF TEXAS**

**NO. WR-84,327-01**

**EX PARTE JOSEPH FRANCOIS JEAN, Applicant**

**ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS
IN CAUSE NO. 1302120-A IN THE 230ᵀᴴ JUDICIAL DISTRICT COURT
HARRIS COUNTY**

*Per curiam.* NEWELL, J., not participating.

**O R D E R**

In June 2011, a jury found Applicant guilty of the offense of capital murder. *See* TEX. PENAL CODE § 19.03(a). Based on the jury's answers to the statutory punishment questions set out in Texas Code of Criminal Procedure Article 37.071, the trial court sentenced Applicant to death.[1] We affirmed Applicant's conviction and sentence on direct appeal. *Jean v. State*, No. AP-76,601 (Tex. Crim. App. June 26, 2013) (not

---

[1] Unless otherwise indicated, all references in this order to Articles refer to the Texas Code of Criminal Procedure.

designated for publication). The trial court reviewed Applicant's timely filed initial writ application on the merits and forwarded it to this Court with a recommendation.

However, by the time this Court received the application, a change in the law prompted us to remand the case for further fact-finding. *See Ex parte Jean*, No. WR-84,327-01 (Tex. Crim. App. June 28, 2017) (not designated for publication). In the remand order, we instructed the trial court to finish its review within 60 days of the date of the order. The trial court subsequently requested an extension of time, and this Court granted the extension to December 1, 2017.

It has been three years since the application was due to be returned to this Court. Accordingly, we order the trial court to resolve any remaining issues in the case within 90 days from the date of this order. The clerk shall then immediately transmit the complete writ record to this Court. Any extensions of time shall be requested by the trial judge, or on his or her behalf, and obtained from this Court.

IT IS SO ORDERED THIS THE 13TH DAY OF JANUARY, 2021.

Do Not Publish